IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02742-CMA-SKC

BETTY JEAN JOHNSTON,
on behalf of herself and all others similarly situated,

      Plaintiff,

v.

CAMINO NATURAL RESOURCES, LLC,
a Delaware limited liability company,

      Defendant.

## INITIAL PLAN OF ALLOCATION ORDER

      This Initial Plan of Allocation Order sets forth the manner in which the Net Settlement Fund will be administered and distributed to Class Members. The Net Settlement Fund for distribution will be allocated to each Class Member based on the factors and considerations set forth in the Initial Plan of Allocation (Doc. 62-3) and the Settlement Agreement (Doc. 53-1). Pursuant to the Settlement Agreement, the Plan of Allocation reduces the amount available for distribution for estimates of Plaintiff's Attorneys' Fees, Litigation Expenses, Administration, Notice, and Distribution Costs, and Case Contribution Award, which amounts were ultimately determined by the Court in the Court's Order re: Attorney Fees and Litigation Expenses.

      The Court reserves the right to modify this Plan of Allocation Order upon application

of any Party hereto, without further notice to any Class Members who have not entered an appearance. The allocation of the Net Settlement Fund among Class Members and the Allocation Methodology is a matter separate and apart from the proposed Settlement between Plaintiff and Defendant, and any decision by the Court concerning allocation and distribution of the Net Settlement Fund among Class Members shall not affect the validity or finality of the Settlement or operate to terminate or cancel the Settlement.

**TIME FOR ALLOCATION AND DISTRIBUTION**

The allocation and distribution of the Net Settlement Fund for distribution shall be under the direct supervision of the Court and shall be consistent with the Final Plan of Allocation submitted by Class Counsel and approved by the Court. Furthermore, the timing, manner, and process for any distributions shall be consistent with the timing and process provided for in the Settlement Agreement (Doc. 53-1).

DATED: June 22, 2021

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge