IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02742-CMA-SKC

TRUSTEE BETTY JEAN JOHNSTON,

    Plaintiff,

v.

CAMINO NATURAL RESOURCES, LLC,

    Defendant.

---

## FINAL PLAN OF ALLOCATION AND DISTRIBUTION ORDER

---

The matter is before the Court on the Class Representative's Motion for Approval of Final Plan of Allocation and Entry of Distribution Order (Doc. # 71). Having held a Final Fairness Hearing in this Litigation on May 12, 2021, in which the Court fulfilled its duties to independently evaluate the fairness, reasonableness, and adequacy of the Settlement, and having thereafter finally approved the Settlement, and having also entered the Initial Plan of Allocation Order to instruct the Parties and the Settlement Administrator on the manner in which the Net Settlement Fund shall be allocated and distributed to Class Members, the Court now enters this Final Plan of Allocation and Distribution Order.[1] Ac- cordingly, the Court hereby orders that Class Counsel and the Settlement Administrator

---

[1] All capitalized terms not otherwise defined shall have the same meanings ascribed to them in the Settlement Agreement.

are to promptly carry out the terms of this Order for distribution of the Net Settlement Fund as follows:

1.      The Court finds that Class Counsel and Class Representative have acted with reasonable diligence and in good faith to conform to the Settlement Agreement (Doc. # 53-1) and the Initial Plan of Allocation Order (Doc. # 68).

2.      The Court has reviewed Class Representative's Motion (Doc. # 71) and finds that the proposed Final Plan of Allocation complies with the Settlement Agreement and Initial Plan of Allocation Order.

3.      The Net Settlement Fund shall be distributed to Class Members according to the Final Plan of Allocation. The Escrow Agent shall transfer all funds in the Escrow Account to the Settlement Administrator for further administration and distribution under this Final Plan of Allocation and Distribution Order and the terms of the Settlement Agreement. Upon completion of the transfer, the Escrow Agent shall close the Escrow Account. If payment cannot be made to 100% of the Class, Residual Unclaimed Funds will be handled as set forth in the Orders and Settlement Agreement, subject to the Court's approval.

DATED: September 16, 2021

BY THE COURT:


CHRISTINE M. ARGUELLO
United States District Judge