**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 19-cv-02742-CMA-SKC

TRUSTEE BETTY JEAN JOHNSTON,

    Plaintiff,

v.

CAMINO NATURAL RESOURCES, LLC, a Delaware limited liability company,

    Defendant.

---

**ORDER GRANTING CLASS REPRESENTATIVE'S MOTION TO AUTHORIZE
DISTRIBUTION OF SETTLEMENT FUNDS FOR
PAYMENT OF ADMINISTRATION EXPENSES**

---

This matter is before the Court on Class Representative's Motion to Authorize Distribution of Settlement Funds for Payment of Administration Expenses. (Doc. # 73.) On June 22, 2021, the Court entered an Order granting Plaintiff's Motion for Approval of Plaintiff's Attorneys Fees, Litigation Expenses, Administration, Notice, and Distribution Costs, and Case Contribution Award (the "Reserve Order"). (Doc. # 69.) In the Reserve Order, the Court established a reserve of $50,000.00 for future Litigation Expenses and Administration, Notice, and Distribution Costs.

In the instant Motion, the Class Representative seeks $2,310.00 for reimbursement of expenses by Class Counsel. The Class Representative also seeks $37,343.47 for reimbursement of expenses by the Settlement Administrator. After reviewing the Motion and for good cause shown, the Court ORDERS:

The Motion is GRANTED. The Settlement Administrator is authorized to reimburse Class Counsel in the amount of $2,310.00, and the Settlement Administrator shall be reimbursed in the amount of $37,343.47.

DATED: March 10, 2022

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge