IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello

Civil Action No. 19-cv-02742-CMA-SKC

TRUSTEE BETTY JEAN JOHNSTON,

    Plaintiff,

v.

CAMINO NATURAL RESOURCES, LLC,

    Defendant.

---

**ORDER GRANTING CLASS REPRESENATIVE'S MOTION FOR DISTRIBUTION OF RESIDUAL UNCLAIMED FUNDS AND TERMINATION OF THIS LITIGATION**

---

    This matter is before the Court on Class Representative's Motion for Distribution of Residual Unclaimed Funds and Termination of this Litigation. (Doc. # 75.) On September 16, 2021, the Court approved of the Final Plan of Allocation and entered a Distribution Order in this class action. (Doc. # 72.) This Order included a provision that, in the case payment could not "be made to 100% of the Class, Residual Unclaimed Funds will be handled as set forth in the Orders and Settlement agreement, subject to the Court's approval." (*Id.* at 2.)

    In the instant Motion, the Class Representative informs the Court that over 93% of the Net Settlement Fund has been distributed and seeks an order regarding the remaining $81,442.27 in undistributed funds. (Doc. # 75 at 2.) The Class Representative proposes that the Court order the reissuing of four (4) Distribution Checks with a total

value of $4,697.56. (*Id.*) The Motion also seeks reimbursement of 16,049.48 in final Administration, Notice, and Distribution Costs incurred by the Settlement Administrator. (*Id.*) Finally, the Motion requests distribution of the final $60,695.23, plus any further interest that is accrued prior to the closure of the settlement account, in Residual Unclaimed Funds in this Litigation from the Settlement previously approved by the Court in the Judgment. (*Id.* at 2-3); *see also* (Doc. # 70.) The Class Representative requests these funds be disbursed to the University of Oklahoma Foundation for the benefit of the University of Oklahoma College of Law as specified in the approved Settlement agreement. (Doc. # 53-1 at ¶¶ 1.35, 6.15.) After reviewing the Motion and for good cause shown, the Court ORDERS:

the Motion is GRANTED. The Settlement Administrator is authorized to reissue four (4) Distribution Checks in the total amount of $4,697.56 and to reimburse the Settlement Administrator $16,049.48 for outstanding Administration, Notice, and Distribution Costs as detailed in the Motion. It is

FURTHER ORDERED that the Settlement Administrator disburse $60,695.23 in Residual Unclaimed Funds, plus any further interest that is accrued prior to the closure of the settlement account, to the University of Oklahoma Foundation for the benefit of the University of Oklahoma College of Law, as provided in the Settlement Agreement. (Doc. # 53-1 at ¶ 6.15.) Additionally,

the Court FINDS that the Settlement Administrator, JND Legal Administration, and Class Counsel have administered the Settlement in accordance with the Settlement

Agreement and the orders of the Court, and further FINDS that once the foregoing distributions have occurred so that no funds remain in the settlement account, the Settlement Administrator and Class Counsel shall have no further duties with respect to the administration of this Settlement and shall be expressly released from any further duties with respect to the Settlement. Therefore,

    this Litigation is hereby TERMINATED with no further proceedings remaining.

    The Clerk is DIRECTED to close the case.

    DATED: December 30, 2022

BY THE COURT:

*[signature]*
CHRISTINE M. ARGUELLO
Senior United States District Judge